**MEMO ENDORSED**

# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Alan S. Lewis
Partner

Direct Dial: 212-238-8647
E-mail: lewis@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

July 23, 2020

> Defendant's request to adjourn the *Faretta* Hearing from Aug. 6, 2020 until Sept. 25, 2020 at 12:00 pm is granted. Clerk of the Court requested to terminate the motion (doc. 107).
> Dated: July 23, 2020
>
> SO ORDERED.
>
> Nelson S. Román, U.S.D.J.

**VIA ECF**

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
(RomanNYSDChambers@nysd.uscourts.gov)

Re:   *United States v. Jacob Rosner*, Ind. No. 19-CR-497-04 (NSR)

Dear Judge Román:

On behalf of Jacob Rosner, I write to respectfully <u>request that the Court reschedule his *Faretta* hearing to a date after the *Faretta* hearings of the other Defendants.</u>

The Court previously *granted* Mr. Rosner's request that his *Faretta* hearing be conducted *after* the hearings for the co-defendants. *See* ECF No. 93 ("In view of Mr. Rosner's youth . . . and his relationships with the other defendants . . . should the Court schedule a *Faretta* hearing for Mr. Jacob Rosner, we request that it be scheduled on a date *after* the conduct of the other *Faretta* hearings, on a date when no other Defendant in this case is produced to Court."). *See* ECF Nos. 87, 105 (granting that request by scheduling Jacob Rosner's *Faretta* hearing for August 6—after the earlier dates then scheduled for the other hearings).

Recently, the Court rescheduled the *Faretta* hearing of Defendant Helbrans from July 30 to September 15 because the former date fell on a religious holiday. Jacob Rosner is 21 years old and Nachman Helbrans is Mr. Rosner's rabbi. Hence, and consistent with the same reasons expressed previously, I request that Mr. Rosner's hearing be rescheduled for a date after September 15.

Respectfully submitted,

*/s/ Alan S. Lewis*

Alan S. Lewis

ASL:bp



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2020