MEMO ENDORSED

# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Alan S. Lewis**
**Partner**
•
*Direct Dial: 212-238-8647*
*E-mail: lewis@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*

*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

March 8, 2021

<u>**VIA ECF**</u>

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:   <u>*United States v. Jacob Rosner*, Ind. No. 19-CR-497-04</u>

Dear Judge Román:

    I represent Jacob Rosner, on whose behalf I respectfully notify the Court of Jacob's request to cancel the *Faretta* hearing, scheduled for tomorrow, March 9. At this point in time, Jacob does not seek permission to represent himself and agrees to the continuing representation by counsel.

                Respectfully submitted,

                */s/ Alan S. Lewis*

                Alan S. Lewis

ASL:bp

At Defendant's request, the Faretta Hearing scheduled for March 9, 2021 is cancelled. Clerk of Court requested to terminate the motion (doc. 206).
Dated: March 8, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3|8|2021