# CARTER LEDYARD MILBURN

**Alan S. Lewis**
Partner
lewis@clm.com

2 Wall Street
New York, NY 10005
D / 212-238-8647

May 19, 2021

**VIA ECF**

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Deft's request to adjourn the in-person Arraignment from May 20, 2021 until June 3, 2021 at 10:00 am or, alternatively, June 3, 2021 at 2:00 pm is granted. Clerk of Court requested to terminate the motion (doc. 257).
> Dated: May 19, 2021
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Jacob Rosner*, Ind. No. 19-CR-497 (NSR) -04

Dear Judge Román:

I write to request that the Court adjourn Mr. Jacob Rosner's in person arraignment on the superseding indictment, scheduled by the Court earlier this week for tomorrow, May 20. I am unavailable to attend the arraignment tomorrow afternoon because I will be arguing in the Second Circuit at that time in the matter of United States v. Bedi.

.

Respectfully submitted,

*/s/ Alan S. Lewis*

Alan S. Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2021

Carter Ledyard & Milburn LLP / clm.com