MEMO ENDORSED

# CARTER LEDYARD MILBURN



**Alan S. Lewis**
Partner
lewis@clm.com

2 Wall Street
New York, NY 10005
D / 212-238-8647

June 1, 2021

Deft Jacob Rosner's request to schedule a Faretta Hearing on June 3, 2021, but after the Arraignment, is granted. The Government is directed to submit questions by 3:00 pm on June 2, 2021. Clerk of Court requested to terminate the motion (doc. 264).
Dated: June 1, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

<u>VIA ECF</u>

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
(RomanNYSDChambers@nysd.uscourts.gov)

Re: <u>United States v. Jacob Rosner</u>, Ind. No. 19-CR-497 -04

Dear Judge Román:

    I write to apprise the Court that my client, Defendant Jacob Rosner, has again conveyed a request to waive his right to counsel and instead represent himself in the above-captioned case. As the Court will recall, Mr. Rosner made a previous request, but then withdrew it in advance of the *Faretta* hearing that the Court had scheduled. As the Court is also aware, four of Mr. Rosner's co-defendants - Nachman Helbrans, Matityau Moshe Malka, Mordechai Malka and Mayer Rosner - have been granted permission to represent themselves.

    Should he be allowed to represent himself, Mr. Rosner wishes to do so at his arraignment on the superseding indictment. For that reason, we respectfully request that the Court schedule a *Faretta* inquiry of Mr. Rosner either before or on the same date as his imminent arraignment, scheduled for this week on June 3.

    Respectfully submitted,

*/s/ Alan S. Lewis*

Alan S. Lewis

ASL:bp