UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

JACOB ROSNER,

                     Defendant.

------------------------------------------------x

**ORDER**

S2 19 Cr.497-04 (NSR)

**NELSON S. ROMÁN, U.S. District Judge:**

The Court granted Defendant Jacob Rosner's request to proceed *pro se* by Order dated June 4, 2021. Therefore, attorneys   Alan S. Lewis and Melissa J. Erwin   privately retained to represent Defendant are hereby ordered
                  Attorneys' Name

discharged and the Court orders assignment of      Samuel Braverman   , as stand-by CJA counsel for
                                              Attorney's Name

Defendant. Stand-by counsel is hereby directed to mail a copy of this Order to pro se Defendant and file proof of service.

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
           June 7, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021