

**FASULO BRAVERMAN & DI MAGGIO, LLP**
ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/10/2022__

**MEMO ENDORSED**

March 9, 2022

Hon. Nelson S. Roman
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Pro se* Deft. Jacob Rosner's (04) request to modify his bail conditions as detailed in this letter is GRANTED without objection by the Gov't. Deft. is directed to provide Pretrial Servs. with the specific details. Standby counsel is directed to serve a copy of this endorsement on *pro se* Deft. J. Rosner (04) and to file proof of service. Clerk of Court requested to terminate the motion (doc. 468).

SO ORDERED:

Dated: March 10, 2022

[signature]
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: *United States v. Helbrans, et. al. (Jacob Rosner)*
Case No.: 19 Cr. 497 (NSR) -04

Dear Judge Roman,

    I was assigned as stand-by counsel for Jacob Rosner and write to respectfully request a modification of Mr. Rosner's bail conditions.

    Mr. Rosner was recently released on bond secured by property and is currently under home confinement. He would like to attend religious services at a synagogue twice a day, seven days a week. Due to the conditions of his release, Pre-Trial has indicated that a court order is required for Mr. Rosner to leave his home and attend the services.

    As a result, I respectfully request a modification of Mr. Rosner's bail conditions so that he may attend religious services twice a day, seven days a week at a synagogue located near his current residence (the address of which has been provided to the Government and Pre-Trial Services). If approved, he would attend the services with his uncle Ezriel Rosner, who is also a surety on his bond. Further, Mr. Rosner would provide Pre-Trial Services with the details surrounding the times of the services and/or when he would leave and return home.

    The Government has no objection to this request, provided that Mr. Rosner is accompanied by his uncle whenever attending the religious services.

    Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724

        Respectfully submitted,

        <u>s/Sam Braverman</u>
        Sam Braverman
        Fasulo Braverman & Di Maggio, LLP
        225 Broadway, Suite 715
        New York, New York 10007
        Tel. 212-566-6213

Cc: AUSA (via ECF)

**225 Broadway, Suite 715**     **505 Eighth Avenue, Suite 300**     **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**     **New York, New York 10018**     **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**     **Tel (212) 967-0352**     **Tel (201) 569-1595**
**Fax (212) 566-8165**     **Fax (201) 596-2724**     **Fax (201) 596-2724**