

MEMO ENDORSED

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

SBraverman@FBDMLaw.com

March 21, 2022

Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Jacob Rosner (US v. Helbrans, et al.)*
Dkt:  S2 19 Cr 497-04

Dear Judge Román:

    I am standby counsel for Jacob Rosner. I write to the Court at the direction of my client to move to withdraw his *pro se* motion for modification of his bail. [Dkt. Entry 479, exhibits at 480]. I spoke with Mr. Rosner on Sunday, March 21, 2022 and received his oral instruction to file this request, and then received an email from him confirming this request (which I am attaching as an exhibit.) I therefore also request that this Court withdraw its order requiring the Government to file a response to Mr. Rosner's motion and scheduling a hearing on this issue for March 30, 2022. [Dkt entry 481].

    Mr. Rosner also requests that he be allowed to join in the motions *in limine* filed by his codefendants [Dkt. Entries 482 and 483 (to the extent that it seeks relief beyond an extension of time to file)], as well as whatever motion(s) Defendant Mordechay Malka will file today.

    I thank the Court for its consideration.

Respectfully submitted,
*Sam Braverman*
Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

*Pro se* Deft. Jacob Rosner's (04) application for bail modification is deemed withdrawn and the Mar. 30, 2022 Hearing is cancelled. To the extent Deft. wants to incorporate arguments made by a co-defendant in their motion in limine he may do so but must file a separate motion. The Court directs standby counsel to serve a copy of this endorsement on *pro se* Deft. Jacob Rosner (04) and file proof of service. Clerk of Court is requested to terminate the motions (ECF Nos. 479 & 487).
Dated: March 22, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2022

---

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Road, Suite 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724

**From:** sofer stam yrsoferstam@gmail.com
**Subject:** Withdraw motion
**Date:** March 20, 2022 at 7:41 PM
**To:** Samuel Braverman sbraverman@fbdmlaw.com

Hi Sam I hope that you enjoying the weekend.
I would like to withdraw the motion that I filed with the court last Friday seeking modification of the bail conditions, I would also like to cancel the hearing set by the court pursued my request in the motion filed by March 18 since I withdraw the motion everything should run the way it was till now and therefore no other hearing is needed.
Should you have any questions please reach out to me.
Thank you,

yours, Jacob Rosner
Sent from my iPad