

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **03/22/2022**

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

**Pro se Def.'s application seeking to modify his bail conditions for the limited purpose of attending wedding festivities on March 23 & 28, 2022 is GRANTED without objection of the Government, provided that pro se Def.'s attendance at the festivities do not conflict with the imposed bail conditions prohibiting him from communicating directly or indirectly with any victim(s), witnesses, Lev Tahor members and/or co-defendant(s) as delineated in the "Order Setting Conditions of Release" signed by the pro se Def.**

March 22, 2022

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**The Court directs standby counsel to serve a copy of this endorsement on pro se Def. by any necessary means and file proof of such service. The Clerk of Court is requested to terminate the motion at ECF No. 492.**

SO ORDERED:

**Dated: March 22, 2022**
**White Plains, NY**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

*Re:  **United States v. Jacob Rosner**
      **Case No.: 19 Cr. 497 (NSR)***

Dear Judge Roman,

I respectfully request a modification of Jacob Rosner's bail conditions so that he may attend the following events with his aunt and uncle.

Mr. Rosner has been invited to attend a wedding in Brooklyn, NY with his aunt and uncle. The wedding will take place tomorrow, March 23 at a location previously provided to Pre-Trial Services and the Government. If approved, he would leave his home by 5:00 pm and return by 1am.

Mr. Rosner's Grandmother is hosting a party in honor of the wedding on Monday, March 28 in Brooklyn, NY at a location previously provided to Pre-Trial Services and the Government. Mr. Rosner has also been invited to attend this event with his aunt and uncle. If approved, he would leave his home by 7:30 pm and return by 1:00 am.

The Government and Pre-Trial Services have no objection to this request.

Thank you for your consideration of this matter. Should you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   AUSA (via ECF)

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724