UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/01/2022__

-------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

JACOB ROSNER,

                Defendant.

-------------------------------------------------------x

**ORDER**

19 Cr. 497 (NSR) (04)

**NELSON S. ROMÁN, U.S.D.J.:**

On this day, the Court held a hearing during which *pro se* Defendant Jacob Rosner knowingly, intelligently, voluntarily, and unequivocally rescinded his *pro se* status and sought the appointment of counsel to represent him in the above captioned matter. The C.J.A. attorney __Samuel Braverman__ (Attorney's Name) assigned to this case as standby counsel is hereby APPOINTED as counsel of record for all purposes moving forward in the above captioned matter effective April 1, 2022.

SO ORDERED.

Dated: White Plains, New York
       April 1, 2022

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE