**MEMORANDUM ENDORSEMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/10/2022__

<u>United States v. Jacob Rosner,</u>
7:19-cr-497 (NSR) (04)

    The Court is in receipt of the attached letter from Defendant Jacob Rosner, dated June 10, 2022, seeking to temporarily modify his bail conditions for the limited purpose of visiting his grandmother's home on June 14, 2022.

    Accordingly, the Court GRANTS, as detailed below, Defendant's application without objection by the Government and U.S. Pretrial Services, provided that Defendant's visit does not conflict with the imposed bail conditions prohibiting him from communicating directly or indirectly with any victim(s), witnesses, Lev Tahor members and/or co-defendant(s) as delineated in the "Order Setting Conditions of Release" signed by Defendant.

    However, if Defendant's intention is to travel outside the permitted travel areas, he must immediately notify the Court of the address of his intended visit. The Clerk of the Court is directed to terminate the motion at ECF No. 670.

Dated: June 10, 2022
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

June 10, 2022

Hon. Nelson S. Roman
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:**   *United States v. Helbrans, et. al. (Jacob Rosner)*
*Case No.: 19 Cr. 497 (NSR)*

Dear Judge Roman,

On behalf of my client Jacob Rosner, I respectfully request a modification of Mr. Rosner's bail conditions so that he may visit with his Grandmother during a family gathering on Tuesday, June 14.

The family meeting will be held at his Grandmother's home, at an address previously provided to Pre-Trial Services and the Government. The family members who plan to attend are unrelated to Mr. Rosner's pending case. If approved, Mr. Rosner would attend the event with his uncle, leaving his residence by 9am and returning home by 8pm.

The Government and Pre-Trial Services have no objection to this request.

Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact the office.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   AUSA

**225 Broadway, Suite 715**       **505 Eighth Avenue, Suite 300**       **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**     **New York, New York 10018**         **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**            **Tel (212) 967-0352**                **Tel (201) 569-1595**
**Fax (212) 566-8165**            **Fax (201) 596-2724**                **Fax (201) 596-2724**