

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2022

**MEMO ENDORSED**

June 21, 2022

Hon. Nelson S. Roman
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**The Court GRANTS, as detailed below, Def.'s application to temporarily modify his bail conditions without objection by the Government and U.S. Pretrial Services, provided that Def.'s visit does not conflict with the imposed bail conditions prohibiting him from communicating directly or indirectly with any victim(s), witnesses, Lev Tahor members and/or co-defendant(s) as delineated in the "Order Setting Conditions of Release" signed by Def. The Clerk of the Court is directed to terminate the motion at ECF No. 681.**

Re:   *United States v. Helbrans, et. al. (Jacob Rosner)*
      Case No.: 19 Cr. 497 (NSR)

Dated: June 21, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman,

On behalf of my client Jacob Rosner, I respectfully request a modification of Mr. Rosner's bail conditions so that he may attend the wedding of a friend of the community that will be held on Wednesday, June 22 in Brooklyn, New York, at an address previously provided to the Government and Pre-Trial Services. If approved, Mr. Rosner would attend the wedding with his uncle, who is a surety on his bail package. Mr. Rosner would also leave his home at 5pm and return by 12am.

The Government and Pre-Trial Services have no objections to this request.

Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact the office.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724