

ouis V. Fasulo, Esq.– NY & NJ
amuel M. Braverman, Esq.– NY & NJ
harles Di Maggio, Esq.– NY

ww.FBDMLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/22/2022

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

June 22, 2022

Hon. Nelson S. Roman
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   United States v. Helbrans, et. al. (Jacob Rosner)
      Case No.: 19 Cr. 497 (NSR)

Dear Judge Roman,

    Your Honor previously endorsed an Order granting our request to modify Jacob Rosner's bail so that he may attend a wedding today, June 22. The original submission indicated that he would return home by 12 am. It has come to our attention that in order to have sufficient time to congregate with those in attendance, Mr. Rosner would require permission to return home later in the night. Therefore, I respectfully request Your Honor modify Mr. Rosner's bail conditions so that he may leave his home by return by 1:30 am.

    The Government and Pre-Trial Services have no objections to this request.

    I apologize for the late request and thank the Court for its consideration.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   AUSA

**MEMO ENDORSED:** The Court grants the application and temporarily modifies Def's bail conditions for the limited purpose of him attending a wedding on this day and return home by 1:30 a.m. The Court's remaining conditions on this temporary bail modification as set forth in ECF No. 682 are still applicable. The Clerk of the Court is directed to terminate the motion at ECF No. 683.

SO ORDERED:

Dated: June 22, 2022
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

225 Broadway, Suite 715          505 Eighth Avenue, Suite 300      1086 Teaneck Rd, Ste 3A
New York, New York 10007         New York, New York 10018          Teaneck, New Jersey 07666
Tel (212) 566-6213               Tel (212) 967-0352                Tel (201) 569-1595
Fax (212) 566-8165               Fax (201) 596-2724                Fax (201) 596-2724