USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/07/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19 CR 497 (NSR) (04) |
| -against- | ORDER |
| JACOB ROSNER, Defendant. | |

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service**

**It is hereby ORDERED** that defendant, JACOB ROSNER, sentenced to time served, be released from custody. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

Dated:   September 7, 2022
         White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge